THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CRAIG KARR, | ) | 4:03CV3193 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's law firm has moved (filing 29) for the withdrawal of one of Defendant's counsel because counsel no longer works for the firm. Specifically, the motion requests that the Clerk of Court remove attorney Christopher S. Wallace from its electronic service list as counsel for Defendant. I shall grant Defendant's motion.

IT IS ORDERED:

1. The motion to withdraw (filing 29) filed by the law firm representing Defendant requesting that one of Defendant's attorneys be removed from the court's electronic service list is granted;

2. The Clerk of Court shall remove attorney Christopher S. Wallace from its electronic service list.

June 27, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge